# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00192-CV

**In re Tony Cervantes**

## ORIGINAL PROCEEDING FROM MILAM COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Tony Cervantes has filed a petition for writ of mandamus.  *See* Tex. R. App. P. 52.8.  The documents he seeks were not introduced into the evidence heard at trial or included in the appellate record.  We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Filed:   April 22, 2008